UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR SHAWN BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. L. THAMES, et al.,<br><br>　　　　　Defendant. | No. CV 10-03178-JHN (VBK)<br><br>ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Court (1) approves the Findings and Recommendations of the United States Magistrate Judge, and (2) directs that Defendants' Motion for Judgment on the Pleadings be denied.

DATED: July 25, 2011

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE